Anna Smith, as Administratrix, etc., of Augustin Smith, Deceased, Plaintiff, v. Caroline B. Woodruff and Others, as Executors, etc., of Nelson Beardsley,

Deceased, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.